UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

    TIMOTHY WOOD,
        Debtor.
_____/

Case No. 16-30102-dof
Chapter 13 Proceeding
Hon. Daniel S. Opperman

### ORDER OVERRULING IN PART AND SUSTAINING IN PART
### DEBTOR'S OBJECTION TO PROOF OF CLAIM OF CITIZENS BANK, N.A.

For the reasons stated in an Opinion of even date, the objection of the Debtor to the Proof of Claim of Citizens Bank, N.A. is OVERRULED. Citizens Bank, N.A. must provide a response to the qualified written request of Mr. Wood within 49 days of this Order.

**Signed on June 21, 2019**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge

1